IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HASSAN FREEMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 00-635 |
| | ) |
| JANIS NIEMIEC, | ) |
| | ) |
| Defendant. | ) |

ORDER

AND NOW, this 28th day of July, 2005, in accordance with the foregoing Findings of Fact and Conclusions of Law, it is ORDERED that judgment be, and hereby is, entered in favor of defendant and against plaintiff. The Clerk shall mark this case closed.

_____
William L. Standish
United States District Judge

cc: Hassan Freeman
    1236 South 34th Street
    Philadelphia, PA 19146

    Robert S. Englesberg, Esq.
    Senior Deputy Attorney General
    Christian D. Bareford, Esq.
    Deputy Attorney General
    Office of Attorney General
    564 Forbes Avenue, Manor Complex
    Pittsburgh, PA 15219