AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __PENNSYLVANIA__

HASSAN FREEMAN

**JUDGMENT IN A CIVIL CASE**

V.
JANIS NIEMIEC

Case Number:    Civil Action 00-635

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED
    that in accordance with the opinion entered by the court on July 28, 2005, judgment be and hereby is entered in favor of Defendant JANIS NIEMIEC and against Plaintiff HASSAN FREEMAN, together with costs.

Judgment is hereby entered accordingly.

July 28, 2005
Date

Robert V. Barth, Clerk
Clerk

(By) Deputy Clerk